UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                           Case No. 21-30134
                                           Originating No.1:21-mj-00312

**ROBERT SCHORNAK**

    **aka Bobby Schornak,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ROBERT SCHORNAK,** to answer to charges pending in another federal district, and states:

    1.  On **March 18, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Complaint**. **Defendant is charged in that district with violation of 18 U.S.C. §1752(a)(1),(2)- Knowingly enter or remain in any restricted building or grounds without lawful authority; 18 U.S.C. §1512- Obstruction of Justice/Congress; 18 U.S.C. §2- Aiding and Abetting; and 40**

**U.S.C. §5104(e)(2)(D), (G)- Violent entry and disorderly conduct on Capitol Grounds.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney


    s/Mark Bilkovic
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    mark.bilkovic@usa.doj.gov
    (313) 226-9623

Dated: March 17, 2021